UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEIVID JORDEN VASQUEZ-HERRERA , <br><br> Petitioner, <br><br> v. <br><br> PATRICK DIVVER, Field Office Director of Enforcement and Removal Operations, San Diego Field Office, Immigration and Customs Enforcement; et al., <br><br> Respondents. | Case No.: 26-cv-682-BJC-VET <br><br> **ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS** <br><br> [ECF No. 1] |

On August 15, 2021, Deivid Jorden Vasquez-Herrera ("Petitioner") entered the United States through the Texas border. ECF No. 1-2 at 1. He was apprehended by U.S. Customs and Border Protection, initially detained, and subsequently released from custody. ECF No. 1 at 4. On October 27, 2021, the Department of Homeland Security issued a Notice to Appear, thereby initiating removal proceedings against Petitioner. ECF No. 1-2. On May 25, 2025, Petitioner was taken into immigration custody, where he has remained detained since that time. ECF No. 1 at 17.

On February 3, 2026, Petitioner filed the instant Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, asserting his continued detention exceeds statutory authority

and violates the Fifth Amendment. ECF No. 1. This Court set a briefing schedule and issued a limited stay. ECF No. 2. Respondents filed a return to the petition on February 12, 2026. ECF No. 4. In their return, Respondents acknowledge that Petitioner, pursuant to the judgment in *Maldonado Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, 2025 WL 3713987, at *1 (C.D. Cal. Dec. 18, 2025), "is detained under 8 U.S.C. § 1226(a) and is entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." ECF No. 4 at 2.

Accordingly, the Court **GRANTS** the petition for a writ of habeas corpus. Respondents shall hold a bond hearing within fourteen days of this order and cannot deny bond at the hearing based on 8 U.S.C. § 1225. Respondents are enjoined from transferring Petitioner before a bond hearing takes place. The Clerk of Court shall close this matter.

**IT IS SO ORDERED**.

Dated: February 25, 2026

_____
Honorable Benjamin J. Cheeks
United States District Judge